Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 12−11679−VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carl A Powell Sr
dba C Powell Properties LLC
717 Watchung Ave
Plainfield, NJ 07060

Michelle A. Finney−Powell
aka Michelle A Powell, aka Michelle A Finney
717 Watchung Ave
Plainfield, NJ 07060

Social Security No.:
  xxx−xx−9081                                xxx−xx−4688

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 10, 2017            Vincent F. Papalia
                               Judge, United States Bankruptcy Court